UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| DERRICK BOYD, | : | UNDER SEAL |
| also known as "Fat Derrick," | : | |
| EDWARD TOWLES, JR., | : | VIOLATION: 18 U.S.C. § 371 |
| also known as "Lo," and | : | (Conspiracy to Engage in the Business |
| RASHOD BARNES, | : | of Dealing in Firearms without a License) |
| | : | |
| Defendants. | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d); |
| | : | 21 U.S.C. § 853(p); and |
| | : | 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Between on or about June 2, 2018, and on or about July 10, 2018, in the District of Columbia and elsewhere, **DERRICK BOYD**, also known as "Fat Derrick," **EDWARD TOWLES, JR.**, also known as "Lo," **RASHOD BARNES**, and others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate and agree together and with other persons, to commit certain offenses against the United States, to wit Engaging in the business of dealing in firearms and in the course of such business, shipping, transporting, and receiving firearms in interstate commerce, in violation of Title 18, United States Code, Section 922(a)(1)(A).

**(Conspiracy to Engage in the Business of Dealing in Firearms without a License, in violation of Title 18, United States Code, Section 371)**

## FORFEITURE ALLEGATION

1.  Upon conviction of the offense alleged in Count One, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the willful commission of the offense. The property subject to forfeiture includes:

   a.  One Model 21 .45 caliber firearm;

   b.  .45 caliber and .380 caliber ammunition;

   c.  One .223 AR-style rifle;

   d.  Firearm magazines;

   e.  One scope for a rifle; and

   f.  One silencer for a rifle.

2.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third party;

   c.  has been placed beyond the jurisdiction of the Court;

   d.  has been substantially diminished in value; or

   e.  has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

  **(Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON

*Jessie K. Liu*
Attorney of the United States in
and for the District of Columbia